UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI

In re: Angel D. Alfonso Gonzalez             CASE No: 15-10800- AJC
    *aka* Angel D Alfonso                         Chapter 13
    *aka* Angel Gonzalez
    *aka* Angel Dario Alfonso
    *aka* Angel Dario Alfonso Gonzalez

    Debtor.

_____/

**BANK OF AMERICA, N.A.'S**
**OBJECTION TO DEBTOR'S CHAPTER 13 PLAN (ECF No 2)**

Secured Creditor Bank of America, N.A., ("Movant") by and through its undersigned counsel, files its Objection to Debtor's Chapter 13 Plan (ECF No. 2) pursuant to 11 U.S.C. §§ 1307, 1322(b)(2), 1324, and 1325(a)(5), and in support states as follows:

1. Movant is a secured creditor in this case because it is the holder/servicer of a Note and Mortgage encumbering the property known as 5865 SW 5 Street Miami, Florida 33144 and more specifically known as:

    Lot 18, Block 5, WESTLAWN, according to the Plat thereof, recorded in Plat Book 9, Page 3, of the Public Records of Miami-Dade County, Florida

2. Movant's claim was duly perfected by filing of the Mortgage on August 18, 2006, in Book 24834, at Page 0390, of the Public Records of Miami-Dade County, Florida.

3. Movant anticipates filing a proof of claim before the established bar date of June 3, 2015, in the instant case. Such Proof of Claim will evince a total claim of approximately $326,037.53 comprised of a principal balance of $220,000.00 and interest to the date of filing in the amount of $65,469.55. Such Proof of Claim will evidence arrears in the approximate amount of $106,997.03, which is comprised of approximately $99,690.56 in missed regular monthly

payments, approximately $7,306.47 in other fees and costs.

4. The Court should consider this objection an informal proof of claim for the purpose of noticing Debtor and Creditors of the extent and amount of Movant's claim.

5. Angel D. Alfonson Gonzalez (hereafter "Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code on January 15, 2015.

6. Debtor filed the proposed Chapter 13 Plan (ECF No. 2). Debtor's Plan indicates "Debtor will treat Creditor outside plan". Debtor's Plan does not include any arrearage payment due to the Movant when, in fact, Debtor is due for his December 1, 2008 pre-petition mortgage payment.

7. Movant's anticipated proof of claim will indicate a post-petition payment of $806.80 effective February 1, 2015.

8. The plan must provide for the continuation of all monthly payments, including all regular mortgage payments, taxes and insurance. If a regular payment is not included in the plan, **Debtor must be current** and specifically list it as being paid "direct" and is expected to keep current on that debt.

9. The Plan fails to treat Movant's claim properly. The Plan neither surrenders the property nor includes payments owed to Movant. The lack of proper treatment of Movant in the current Plan proposed by the Debtor will cause additional arrearages to accrue post-petition.

10. The Plan fails to meet the requirements for confirmation.

11. Debtor's proposed Chapter 13 Plan does not provide for full payment of Movant's secured claim, thus Movant objects to Debtor's plan as it fails to comply with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

12. **Should the Debtor Amend their plan to either: (1) surrender subject property, (2)**

**provide for payment of all arrearages and make their regular monthly payment (subject to change due to escrow) through the plan, or (3) agree to immediate *in rem* relief from stay, Movant will withdraw its Objection to the Confirmation of their Plan.**

WHEREFORE, Movant respectfully requests this Honorable Court deny confirmation of the Debtor's proposed Chapter 13 Plan, and for such further relief the Court deems just and proper.

By: */s/ George Wise*
George Wise    FBN: 71214
*/s/ R. Mark Peery*
R. Mark Peery   FBN: 26766
Butler and Hosch, P.A.
9409 Philadelphia Road
Baltimore, Maryland 21237
1-410-284-9600 xt. 15202
Email: gwise@closingsource.net;
           mpeery@closingsource.net

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by electronic or standard first class mail this 8th day of April, 2015 to the following:

U.S. Trustee:
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

Chapter 13 Trustee:
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Attorney for Debtor(s):
Ricardo A. Rodriguez
900 W 49 St # 408
Hialeah, FL 33012
305.262-8226
Email: ricardo@rdgzlaw.com

Debtor:
Angel D Alfonso Gonzalez
5865 SW 5 St
Miami, FL 33144

        By: _/s/ George Wise_
        George Wise    FBN: 71214
        _/s/ R. Mark Peery_
        R. Mark Peery  FBN: 26766
        Butler and Hosch, P.A.
        9409 Philadelphia Road
        Baltimore, Maryland 21237
        1-410-284-9600 xt. 15202
        Email: gwise@closingsource.net;
                mpeery@closingsource.net