UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ **1** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Angel D Alfonso Gonzalez**       JOINT DEBTOR: _____       CASE NO.: _____

Last Four Digits of SS# **xxx-xx-9868**       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **576.40** for months **1** to **6** ;
- B. $ **136.58** for months **7** to **60** ;
- C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,175.00**   TOTAL PAID $ **1,500.00**
Balance Due $ **2,675.00** payable $ **445.84** /month (Months **1** to **6**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Snap On Credit**       Arrearage on Petition Date $ **0.00**

Address: **Attn: Bankruptcy; 950 Technology Way Suite 301; Libertyville, IL 60048**       Arrears Payment $ **0.00** /month (Months **0** to **0**)

Account No: **121981690**       Regular Payment $ **72.92** /month (Months **1** to **36**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**       Total Due $ _____
Payable $ _____ /month (Months ___ to ___)   Regular Payment $ _____

Unsecured Creditors: Pay $ **50.00** /month (Months **7** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

Bank of America, N.A.: Debtor will treat Creditor outside plan.

Specialized Loan Servicing LLC: Debtor will treat Creditor outside plan.
The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Angel D Alfonso Gonzalez_
**Angel D Alfonso Gonzalez**
Debtor

Date: **April 20, 2015**

LF-31 (rev. 01/08/10)
Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy